O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. SACR 06-250(B)-AHS |
| Plaintiff, ) | ORDER OF DETENTION |
| v. ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| RENEE MICHELLE GRAY, ) | |
| Defendant. ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Alicemarie H. Stotler, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.  (X)  The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources (her own mother refused to act as a surety), and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

B.   (X)   The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: October 28, 2011

/s/   Arthur Nakazato
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE